[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15248
_____

D.C. Docket No. 1:12-cv-02572-AT

NATHAN E. OHUCHE,

Plaintiff - Appellant,

versus

BANK OF AMERICA , N.A.,
BAC HOME LOANS SERVICING, LP,
f.k.a. Countrywide Home Loan Servicing LP,
FEDERAL NATIONAL MORTGAGE ASSOCIATION,
MCCALLA RAYMER LLC,

Defendants - Appellees,

MICHAEL ALLENGOOD,
Individually,

Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(June 17, 2016)

Before HULL and ANDERSON, Circuit Judges, and MORENO,[*] District Judge.

PER CURIAM:

After review of the record and the parties' briefs, with the benefit of oral argument, and for the reasons fully explored at oral argument, we find no reversible error in (i) the district court's October 22, 2014 order denying plaintiff Ohuche's motion for reconsideration (of the district court's September 10, 2014 order dismissing certain claims, remanding certain state law claims to the Superior Court of Fulton County, and denying Ohuche's motion to amend his complaint), and (ii) "all other orders and judgments of the [district] court."

As aptly stated by the district court, "after numerous attempts to amend his Complaint and refine his theory of liability," Ohuche appears to "have no other valid claims, or at least no valid federal claims that are not time-barred." Thus, under these circumstances, Ohuche's "remaining state law claims would be best litigated in state court, where this case originated."

**AFFIRMED.**

---

[*]Honorable Federico A. Moreno, United States District Judge for the Southern District of Florida, sitting by designation.